JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., a minor, by and through her guardian ad litem, ANDREA CASTILLO; J.P., a minor, by and through his guardian ad litem, ANDREA CASTILLO; JOSE PEREZ, Sr., individually and as personal representative of the Estate of Jose Perez, Jr.; GRACIELA PEREZ, individually and as personal representative of the Estate of Jose Perez, Jr., <br><br>        Plaintiffs, <br><br>        vs. <br><br>CITY OF SAN LEANDRO,  a municipal corporation; JOSEPH KITCHEN, in his official capacity as Chief of Police for the CITY OF SAN LEANDRO; N. CORTI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; T. DEGRANO, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO;  J. MOLETTIERI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; R. MCMANUS, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; T. OVERTON, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; R. THOMPSON, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO;  F. GROVE, individually and in his official capacity as a police officer for the (caption continues on following page) | Case No.  C 06 06009 CRB <br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

CITY OF SAN LEANDRO; J. TEIXEIRA, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; M. NEMETH, individually and in his capacity as a police officer for the CITY OF SAN LEANDRO; M. MAREZ, individually and in his capacity as a police officer for the CITY OF SAN LEANDRO; DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF SAN LEANDRO,

                      Defendants.
_____/

WHEREAS PLAINTIFFS TIMELY FILED a Complaint in this matter alleging various causes of action, including violation of 42 U.S.C. section 1983 and ancillary state law causes of action, and timely served the Complaint upon Defendants; and Defendants, in lieu of filing an Answer, subsequently timely filed a motion to dismiss under FRCP 12(b)(6) and 12(e), the parties hereby stipulate as follows:

    1)    Plaintiffs shall file a First Amended Complaint within 14 days from the Court's Order granting the instant Stipulation Requesting Leave to File a First Amended Complaint;

    2)    Plaintiffs First Amended Complaint shall clarify causes of action brought under 42 U.S.C. section 1983, such that Plaintiffs section 1983 claims are clearly premised upon violation of the Fourth Amendment by use of excessive force and wrongful death, and violation of the Fourteenth Amendment only as to interference with Plaintiffs' familial relationship with decedent.

                      Respectfully submitted,

Dated:  November 3, 2006        **The Law Offices of John L. Burris**

                      _____/s/_____
                      John L. Burris, Attorney for Plaintiff

Dated:  November 13, 2006       **Meyers, Nave, Riback, Silver & Wilson**

                      _____/s/_____
                      Tricia Hynes, Attorney for Defendants

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, Plaintiffs shall file a First Amended Complaint according to the terms of the Parties' Stipulation herein.

IT IS SO ORDERED.

Dated:   November 15, 2006   _____
UNITED STATES DISTRICT COURT JUDGE

