Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF SAN LEANDRO, JOSEPH KITCHEN, NICK CORTI, TIM DEGRANO, JOSEPH MOLETTIERI, ROBERT MCMANUS, TOM OVERTON, ROBIN THOMPSON, FRANK GROVE, JENNIFER TEIXEIRA, MICHAEL NEMETH, MARIO MAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., a minor, by and through her guardian ad litem, ANDREA CASTILLO; J.P., a minor, by and through his guardian ad litem, ANDREA CASTILLO; JOSE PEREZ, Sr., individually and as personal representative of the Estate of Jose Perez, Jr.; GRACIELA PEREZ, individually and as personal representative of the Estate of Jose Perez, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his official capacity as Chief of Police for the CITY OF SAN LEANDRO; N. CORTI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; T. DEGRANO, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; J. MOLETTIERI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; R. MCMANUS, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; T. OVERTON, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; R. THOMPSON, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; F. GROVE, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; J. TEIXEIRA, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; M. NEMETH, individually and in his capacity as a police officer | Case No:  C06-06009 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANTS TO AMEND THEIR ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br><br> Complaint Filed:  September 27, 2006 <br> Trial Date:  Not Yet Set |

---

Stipulation and [Proposed] Order Allowing Defs to Amend their Answer to Plts' First Amended Complaint [06-06009 CRB]

| | |
|---|---|
| for the CITY OF SAN LEANDRO; M. MAREZ, individually and in his capacity as a police officer for the CITY OF SAN LEANDRO; DOES 1-25, inclusive, individually and in their capacities as a police officers for the CITY OF SAN LEANDRO, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

It is hereby stipulated and agreed by and between the parties, as authorized by their respective counsel, that Defendants may file a First Amended Answer in this matter.

IT IS SO STIPULATED:

Dated: December 22, 2006          LAW OFFICES OF JOHN L. BURRIS

By:     /s/   Ben Nisenbaum
            Ben Nisenbaum
            Attorneys for Plaintiffs

Dated: December 22, 2006          MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/   Kimberly E. Colwell
            Kimberly E. Colwell
            Attorneys for Defendants

IT IS SO ORDERED:

Dated: January 3, 2007

_____
JUDGE OF THE DISTRICT COURT

879374_1

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]