1  JOHN L. BURRIS, Esq. (SBN: 69888)
   BENJAMIN NISENBAUM, Esq. (SBN: 222173)
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5
   Attorneys for Plaintiffs
6
   Kimberly E. Colwell, Esq. (SBN: 127604)
7  kcolwell@meyersnave.com
   Tricia L. Hynes, Esq. (SBN: 212550)
8  thynes@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
9  555 12th Street, Suite 1500
   Oakland, CA  94607
10 Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
11
   Attorneys for Defendants
12

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., a minor, by and through her guardian ad litem, ANDREA CASTILLO; J.P., a minor, by and through his guardian ad litem, ANDREA CASTILLO; JOSE PEREZ, Sr., individually and as personal representative of the Estate of Jose Perez, Jr.; GRACIELA PEREZ, individually and as personal representative of the Estate of Jose Perez, Jr., <br><br>                        Plaintiffs, <br><br> vs. <br><br> CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his official capacity as Chief of Police for the CITY OF SAN LEANDRO; N. CORTI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; T. DEGRANO, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO;  J. MOLETTIERI, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; R. MCMANUS, individually and in his official capacity as a | Case No.  C 06 06009 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br><br> DATE: March 16, 2007 <br> TIME:  8:30 a.m. <br> DEPT:  Courtroom 8, 19th Floor |

1  police officer for the CITY OF SAN LEANDRO; T. OVERTON, individually and in
2  his official capacity as a police officer for the CITY OF SAN LEANDRO; R. THOMPSON,
3  individually and in his official capacity as a
4  police officer for the CITY OF SAN LEANDRO;  F. GROVE, individually and in his
5  official capacity as a police officer for the
6  (caption continues on following page)
   CITY OF SAN LEANDRO; J. TEIXEIRA,
7  individually and in his official capacity as a
   police officer for the CITY OF SAN
8  LEANDRO; M. NEMETH, individually and in
9  his capacity as a police officer for the CITY OF SAN LEANDRO; M. MAREZ, individually and
10 in his capacity as a police officer for the CITY OF SAN LEANDRO; DOES 1-25, inclusive,
11 individually and in their capacities as police
12 officers for the CITY OF SAN LEANDRO,
13                 Defendants.

14      Following mediation, the parties are awaiting confirmation of settlement in this case from one
15 of the four plaintiffs.  This confirmation should occur within the next two to three weeks.  To that end
16 the parties respectfully request that the Court continue the Case Management Conference in this
17 matter, currently scheduled for March 16, 2007, to April 6, 2007, at 8:30 a.m., in Courtroom 8.

18

19 Dated:  March 15, 2007                THE LAW OFFICES OF JOHN L. BURRIS

20                                               /s/
                                          John L. Burris, Attorney for Plaintiffs
21

22
23 Dated: March 15, 2007                 MEYERS, NAVE, RIBACK, SILVER & WILSON

24                                               /s/
                                          Tricia L. Hynes, Attorney for Defendants
25 **IT IS SO ORDERED.**

26

27 Dated:  March 15, 2007      _____
                              HONORABLE
28

949202_1



IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation and [Proposed] Order to Continue CMC         2                  [C 06 06009 CRB]