JOHN L. BURRIS, Esq. (SBN: 69888)
BENJAMIN NISENBAUM, Esq. (SBN: 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.P., a minor, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN LEANDRO,  a municipal corporation, et al., <br><br> Defendants. | Case No.  C 06-06009 CRB (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

It is hereby stipulated and agreed by and between the parties, as authorized by their respective counsel, that the Settlement Conference currently scheduled for May 14, 2007, be continued to May 24, 2007, at 9:30 a.m. in Courtroom A.

**IT IS SO STIPULATED.**


Dated:  April 20, 2007                          THE LAW OFFICES OF JOHN L. BURRIS


                                        _____/s/_____
                                        John L. Burris, Attorney for Plaintiffs


Dated: April 20, 2007                          MEYERS, NAVE, RIBACK, SILVER & WILSON


                                        _____/s/_____
                                        Kimberly E. Colwell, Attorney for Defendants

Settlement Conference Statements shall be LODGED with Chambers no later than May 10, 2007.
**IT IS SO ORDERED.**


Dated: April 23, 2007 _____            _____
                                        HON. _____ C. SPERO

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

958423_1