1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./ State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5
6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  T.P., a minor, by and through her guardian ad         Case No.  C 06 06009 CRB
   litem, ANDREA CASTILLO; J.P., a minor, by
10 and through his guardian ad litem, ANDREA             **NOTICE OF DISMISSAL WITH
   CASTILLO; JOSE PEREZ, Sr., individually and           PREJUDICE**
11 as personal representative of the Estate of Jose
   Perez, Jr.; GRACIELA PEREZ, individually and
12 as personal representative of the Estate of Jose
   Perez, Jr.,
13
14
            Plaintiffs,
15
            vs.
16
   CITY OF SAN LEANDRO,  a municipal
17 corporation; JOSEPH KITCHEN, in his official
   capacity as Chief of Police for the CITY OF
18 SAN LEANDRO; N. CORTI, individually and
   in his official capacity as a police officer for the
19 CITY OF SAN LEANDRO; T. DEGRANO,
20 individually and in his official capacity as a
   police officer for the CITY OF SAN
21 LEANDRO;  J. MOLETTIERI, individually and
   in his official capacity as a police officer for the
22 CITY OF SAN LEANDRO; R. MCMANUS,
23 individually and in his official capacity as a
   police officer for the CITY OF SAN
24 LEANDRO; T. OVERTON, individually and in
   his official capacity as a police officer for the
25 CITY OF SAN LEANDRO; R. THOMPSON,
26 individually and in his official capacity as a
   police officer for the CITY OF SAN
27 LEANDRO;  F. GROVE, individually and in his
   official capacity as a police officer for the
28 (caption continues on following page)

|   |   |
|---|---|
| 1 | CITY OF SAN LEANDRO; J. TEIXEIRA, individually and in his official capacity as a police officer for the CITY OF SAN LEANDRO; M. NEMETH, individually and in his capacity as a police officer for the CITY OF SAN LEANDRO; M. MAREZ, individually and in his capacity as a police officer for the CITY OF SAN LEANDRO; DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF SAN LEANDRO, |

Defendants.
_____/

PURSUANT TO SETTLEMENT, PLAINTIFFS hereby dismiss this action with prejudice pursuant to FRCP 41(a)(1). Plaintiffs shall file with the Court a Petition to Appoint Guardian Ad Litem and Approve Minors' Compromise in short order.

Dated: June 6, 2007          **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum_____
Benjamin Nisenbaum
Attorney for Plaintiffs

**(PROPOSED) ORDER**

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, pursuant to plaintiffs' dismissal through their counsel.

**IT IS SO ORDERED.**

Date: 06/08/07          _____
Charles R. Breyer
United States District Court Judge

NOTICE AND ORDER OF DISMISSAL          2          C 06 06009 CRB