JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.P., a minor, by and through her guardian ad litem, ANDREA CASTILLO; J.P., a minor, by and through his guardian ad litem, ANDREA CASTILLO; JOSE PEREZ, Sr., individually and as personal representative of the Estate of Jose Perez, Jr.; GRACIELA PEREZ, individually and as personal representative of the Estate of Jose Perez, Jr.,

Plaintiffs,

vs.

CITY OF SAN LEANDRO, a municipal corporation; et al.,

Defendants.

/

Case No. C 06 06009 CRB

**PETITION AND ~~(PROPOSED)~~ ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL**

**PETITION**

**Whereas Plaintiffs have filed an AMENDED Petition to Appoint Guardian Ad Litem and Approve Minors' Compromise and (Proposed) Order in this matter,** with the documents containing confidential information pertaining to said Minor Plaintiffs in the above-entitled action, Plaintiffs move the Court to allow the above referenced documents to be filed under seal pursuant to Local Rule 79-5.

///

///

///

///

Dated: July 16, 2007

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiffs

**~~(PROPOSED)~~ ORDER**

THE PETITION APPOINTING GUARDIAN AD LITEM FOR MINORS AND APPROVING MINORS' COMPROMISES pertaining to the above-entitled action are herewith ordered filed under seal pursuant to Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: August 20, 2007




Breyer
Court Judge